IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HI-TECH PHARMAL CO., INC., et al., <br><br> Defendants. | Civil No. 16-2270-JBS-KMW |
| SENJU PHARMACEUTICAL CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., et al., <br><br> Defendants. | Civil No. 15-5591-JBS-KMW |
| SENJU PHARMACEUTICAL CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., et al., <br><br> Defendants. | Civil No. 16-1522-JBS-KMW |

**SCHEDULING ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES ONLY**

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Rule 16, Federal Rules of Civil Procedure in Senju Pharmaceutical Co., Ltd., et al. v. Hi-Tech Pharmal Co., Inc., et al., Case Nos. 16-2270 (JBS) and Senju Pharmaceutical Co., Ltd., et al. v. Watson

Laboratories, Inc., et al., 16-1522 (JBS), and the in-person status conference in Senju Pharmaceutical Co., Ltd., et al. v. Watson Laboratories, Inc., et al., Case No. 15-5591 (JBS) on **September 23, 2016**; and the Court noting the following appearances: **Justin Hasford, Esquire, Melissa Chuderewicz, Esquire**, and **Bryan Diner, Esquire**, appearing on behalf of the plaintiff; and **Gregory Bevelock, Esquire, Khurram Naik, Esquire**, and **Gary Hood, Esquire**, appearing on behalf of the defendants; and for good cause shown:

IT IS this **23rd** day of **September**, **2016**, hereby **ORDERED**:

| NO. | EVENT | DATE |
|---|---|---|
| 1 | Rule 16 Conference | September 23, 2016 |
| 2 | Exchange of Proposed Terms for Construction | September 30, 2016 |
| 3 | Exchange of Preliminary Claim Constructions | October 7, 2016 |
| 4 | Exchange of identification of all intrinsic and extrinsic evidence for opposing proposed claim constructions | October 14, 2016 |
| 5 | Submit Joint Claim Construction and Prehearing Statement | October 28, 2016 |
| 6 | Completion of Claim Construction Discovery | November 18, 2016 |
| 7 | Opening *Markman* submissions | December 2, 2016 |
| 8 | Completion of discovery from an expert who submitted a certification with opening *Markman* submission | January 13, 2017 |
| 9 | **Telephone Status Conference with the Court** | **January 27, 2017 at 11:30 a.m. Counsel for plaintiff shall initiate the call.** |
| 10 | Responding *Markman* submissions | February 2, 2017 |
| 11 | Submit proposed schedule to Court for Claim Construction Hearing | February 10, 2017 |
| 12 | Disclosure of reliance on advice of counsel | Thirty (30) days after entry of Court's claim construction order |

1. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:   Hon. Jerome B. Simandle