Gregory J. Bevelock
LAW OFFICE OF GREGORY J. BEVELOCK, LLC
12 Main St., Suite 2
Madison, NJ 07940
(973)-845-2999

Of Counsel:
Gary E. Hood (*pro hac vice*)
Mark T. Deming (*pro hac vice*)
Khurram Naik (*pro hac vice*)
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900

Robyn Ast-Gmoser (*pro hac vice*)
POLSINELLI PC
100 S. Fourth Street
Suite 1000
St. Louis, MO 63102
(314) 889-8000

*Attorneys for Defendants*
*Watson Laboratories, Inc.,*
*Actavis, Inc., and Actavis Pharma, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., BAUSCH & LOMB INCORPORATED and BAUSCH & LOMB PHARMA HOLDINGS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., ACTAVIS, INC., and ACTAVIS PHARMA, INC. <br><br> Defendants. | Civil Action No. 16-1522-JBS-KMW |

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**<u>ACTAVIS PHARMA, INC. AND WATSON LABORATORIES, INC.</u>**

Defendants Watson Laboratories, Inc. and Actavis Pharma, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby state that:

1. Watson Laboratories, Inc. and Actavis Pharma, Inc. are indirect wholly-owned subsidiaries of Teva Pharmaceuticals USA, Inc., which is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company; and

2. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma, Inc.

Dated: October 14, 2016

*s/ Gregory J. Bevelock*
Gregory J. Bevelock
LAW OFFICE OF GREGORY J. BEVELOCK, LLC
12 Main St., Suite 2
Madison, NJ 07940
(973) 845-2999

Of Counsel:
Gary E. Hood (*pro hac vice*)
Mark T. Deming (*pro hac vice*)
Khurram Naik *(pro hac vice)*
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900

Robyn Ast-Gmoser (*pro hac vice*)
POLSINELLI PC
100 S. Fourth Street
Suite 1000
St. Louis, MO 63102
(314) 889-8000

*Attorneys for Defendants*
*Watson Laboratories, Inc.,*
*Actavis, Inc., and Actavis Pharma, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on the 14th day of October, 2016, I caused DEFENDANTS' AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT to be served upon all counsel of record via the Court's ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2016
Madison, New Jersey

                                          *s/ Gregory J. Bevelock*
                                          Gregory J. Bevelock